739 A.2d 161

**Silvana RIGGIO, M.D., Appellant,**

v.

**Rosalie BURNS, M.D., Lawrence Brown, M.D., and Medical College of Pennsylvania, Appellees.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1999.

Decided Nov. 8, 1999.

James E. Beasley, James J. McHugh, Jr., David A. Yanoff, Philadelphia, for Silvana Riggio, M.D.

Mary E. Kohart, Julianne L. Peck, Philadelphia, for Rosalie Burns, M.D., Lawrence Brown, M.D. and Medical College of Pennsylvania.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.